IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAWARADA INTERNATIONAL PATENT LAW OFFICE,<br><br>            Plaintiff,<br>    v.<br><br>QUINE INTELLECTUAL PROPERTY LAW GROUP P.C.,<br><br>            Defendants.<br>_____/ | No. C 13-01167 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 20, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    PANEL MEDIATION.  The parties are hereby REFERRED to the ADR Department for the purpose of conducting a panel mediation, to take place, ideally, within the next ninety (90) days.

2. DISCOVERY. On or before January 31, 2014, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) four (4) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party. Any deposition requiring the use of a translator shall be permitted to take 10.5 hours.

3. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before January 31, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before March 31, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **February 13, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6. DISPOSITIVE MOTIONS. All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. All dispositive motions shall be heard no later than **June 15, 2014**.

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on **September 11, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE. Trial shall commence on **September 22, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 6/20/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER