UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAWARADA INTERNATIONAL PATENT LAW OFFICE,<br>            Plaintiff,<br><br>   v.<br><br>QUINE INTELLECTUAL PROPERTY LAW GROUP, P.C.,<br>            Defendants. | No. C 13-1167 RS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:       September 10, 2013<br>Mediator:   William Hebert |

   IT IS HEREBY ORDERED that the request to excuse plaintiff Kawaranda International Patent Law Office's corporate representatives from appearing in person at the September 20, 2013, mediation before William Hebert is GRANTED. The representatives shall be available at all times to participate telephonically in the mediation as set for in ADR L.R. 6-10(f).

   IT IS SO ORDERED.

August 27, 2013          By:          _____
Dated                                 Maria-Elena James
                                      United States Magistrate Judge